**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)
Attorney for Secured Creditor LITTON LOAN SERVICING LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KENNETH LAROI DILLARD AND ELLEN LIM DILLARD,<br><br>Debtor(s). | Bankruptcy No. 11-42330-RLE<br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>341 (a) Meeting:</u><br>DATE: April 21, 2011<br>TIME: 2:00 pm<br>LOCATION: Oakland U.S. Trustee's Office |

**TO: THE HONORABLE JUDGE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY COURT JUDGE; TO THE CHAPTER 13 TRUSTEE, AND TO THE DEBTORS:**

LITTON LOAN SERVICING LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2 ("Litton") is the holder of a secured claim in this case. Litton is therefore a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

Litton is the holder of a claim secured by a security interest in real property. Such claim consists of a Note in the current amount of $409,594.12 secured by a First Deed of Trust on the real property commonly known as 4710 San Pablo Dam Road, El Sobrante, California 94803 (The "Property"). Litton objects to the Plan on the following grounds:

1. The Plan was not proposed in good faith, as required by 11 U.S.C. § 1325 (a) (3), and is otherwise forbidden by law as shown by the following:

   a. Debtors' Plan fails to provide for payment of the full amount of pre-petition arrears due to Litton. The outstanding pre-petition arrears due to Litton, as indicated in its Proof of Claim filed herein, is $45,128.12.

2. The Debtors' Plan fails to provide for payment of post-petition property taxes and insurance.

WHEREFORE, LITTON RESPECTFULLY REQUESTS:

1. That Confirmation of Debtors' Chapter 13 Plan be denied and the case be dismissed; or, in the alternative,

2. That Debtors' Plan be amended in accordance with this objection.

**THE ESTLE LAW FIRM**

Dated: March 16, 2011

By: /s/ Mark D. Estle
MARK D. ESTLE, Attorneys for Secured Creditor LITTON LOAN SERVICING LP AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2