1 | PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
2 | LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
3 | Oakland, CA 94612
Telephone: (510) 465-3328
4 | Facsimile: (510) 763-8354

5 | Attorneys for Debtors

The following constitutes
the order of the court. Signed May 13, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                Case No. 11-42330 RE

**KENNETH LAROI DILLARD and**         Chapter 13
**ELLEN LIM DILLARD,**

            Debtors.                  ORDER VALUING LIEN OF LITTON
                                      LOAN SERVICING, LP AS
                                      SUCCESSOR IN INTEREST TO
                                      FIELDSTONE MORTGAGE COMPANY
_____/

On April 19, 2011, Kenneth and Ellen Dillard (hereinafter Debtors) served a motion to value the lien of Litton Loan Servicing, LP as successor in interest to Fieldstone Mortgage Company (hereinafter Lienholder) against the property commonly known as 4710 San Pablo Dam Road, El Sobrante, CA 94803, which lien was recorded in Contra Costa County on or about June 24, 2005 as document 0230691-01 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
1                          COURT SERVICE LIST

2   Law Offices of Patrick L. Forte
    One Kaiser Plaza, Suite 480
3   Oakland, CA 94612

4
    Kenneth and Ellen Dillard
5   4710 San Pablo Dam Road
    El Sobrante, CA 94803
6
    Attn: Officer
7   HSBC Bank USA, NA
    1800 Tysons Blvd.
8   Mc Lean, VA 22102

9   Attn: Officer
    HSBC Bank USA, NA
10  C/o CT Corporation System
    818 West Seventh St.
11  Los Angeles, CA 90017

12
    Attn: Officer or Managing Agent
13  Litton Loan Servicing, LP
    4828 Loop Central Dr., Ste. 600
14  Houston, TX 77081

15  Attn: Officer or Managing Agent
    Litton Loan Servicing, LP
16  C/o CSC - Lawyers Incorporating Servicing
    2730 Gateway Oaks Dr.
17  Suite 100
    Sacramento, CA 95833
18
    Attn: Officer or Managing Agent
19  Litton Loan Servicing LP
    P.O. Box 829009
20  Dallas, Texas 75382-9009

21

22

23

24

25

26
```