**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)
Attorney for Movant LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>KENNETH LAROI DILLARD AND ELLEN LIM DILLARD,<br><br>Debtor(s) | CASE NO. 11-42330-RLE<br>CHAPTER 13<br><br>MOTION TO APPROVE LOAN MODIFICATION |

LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2 ("Movant") moves this Court for an Order to allow Debtors and Movant to enter into a loan modification and to approve the loan modification of their first deed of trust secured by Debtors' residence for the reasons set forth in the declaration of Phillip L. Pearson, filed concurrently herewith.

```
                                      THE ESTLE LAW FIRM

DATED: August 19, 2011                By: /s/ Mark D. Estle
                                      MARK D. ESTLE,
                                      Attorney for Movant LITTON
                                      LOAN SERVICING LP, SERVICER
                                      FOR HSBC BANK USA, NATIONAL
                                      ASSOCIATION, AS INDENTURE
                                      TRUSTEE OF THE FIELDSTONE
                                      MORTGAGE INVESTMENT TRUST,
                                      SERIES 2005-2
```