Mark Estle (CA Bar No. 135004)
The Estle Law Firm
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone(858) 720-0890
Facsimile (858) 720-0092

Attorney for Movant LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br>**KENNETH LAROI DILLARD AND ELLEN LIM DILLARD,**<br><br>    DEBTOR(S) | ) CASE NO. 11-42330-RLE<br>) CHAPTER 13<br>)<br>) DECLARATION OF PHILLIP L.<br>) PEARSON IN SUPPORT OF MOTION TO<br>) APPROVE<br>) LOAN MODIFICATION<br>)<br>)<br>) |

I, PHILLIP L. PEARSON, declare as follows:

   1.   I am a custodian of the books, records and files for LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2 ("Movant"). In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and business records in its regular course of business. Those books and business records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

-1-

2. The subject Note is secured by Deed of Trust dated on or about June 16, 2005, covering certain real property located at 4710 San Pablo Dam Road, El Sobrante, California 94803, which Property is the Debtors' residence. Litton Loan Servicing LP is the servicing agent for the Noteholder, LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2, with respect to the Note and Deed of Trust. True and correct copies of the Note and Deed of Trust are attached hereto as Exhibits 1 and 2, respectively, and incorporated herein by reference.

3. The Note, in the original principal amount of $368,000.00, dated June 16, 2005, was executed by Debtor Ellen L. Dillard.

4. Debtors and Movant have agreed to modify the Debtors' loan to adjust the maturity date, add delinquent amounts to the principal balance, modify the interest rate and recalculate the amount of the monthly payments. The parties now seek court approval of the Loan Modification Agreement. Once the loan modification agreement is approved Movant shall withdraw or amend its proof of claim accordingly. A true and correct copy of the Loan Modification Agreement signed by the Debtor is attached hereto as Exhibit 3.

5. Movant will execute the Loan Modification Agreement after it is approved by the court.

/ / / /

/ / / /

-2-

Case: 11-42330   Doc# 38-1   Filed: 08/19/11   Entered: 08/19/11 18:34:20   Page 2 of 3

1    I declare under penalty of perjury the foregoing is true
2 and correct.
3    Executed this 19th day of August 2011, at Houston, TX.

                                        /s/Phillip L. Pearson_
                                        PHILLIP L. PEARSON