**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858) 720-0890
Facsimile (858) 720-0092

Attorney for Movant
LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>KENNETH LAROI DILLARD AND ELLEN LIM DILLARD,<br><br>Debtor(s) | CASE NO. 11-42330-RLE<br>CHAPTER 13<br><br>NOTICE OF OPPORTUNITY FOR HEARING RE: MOTION TO APPROVE LOAN MODIFICATION |

TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

Please take notice that a Motion to Approve Loan Modification with Declaration has been filed by LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2("Movant"). Local Bankruptcy Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that (1) any objection to the requested relief, or a request for hearing

on the matter, must be filed and served upon the initiating party within twenty-one (21) days of mailing of this notice; (2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to represent in support of its position; (3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and (4) the Movant will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

THE ESTLE LAW FIRM

DATED: August 19, 2011     By:    /s/ Mark D. Estle
                                  MARK D. ESTLE,
                                  Attorney for Movant
                                  LITTON LOAN SERVICING LP,
                                  SERVICER FOR HSBC BANK USA,
                                  NATIONAL ASSOCIATION, AS
                                  INDENTURE TRUSTEE OF THE
                                  FIELDSTONE MORTGAGE INVESTMENT
                                  TRUST, SERIES 2005-2