Entered on Docket
October 12, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 11, 2011

Roger L. Efremsky
U.S. Bankruptcy Judge

THE ESTLE LAW FIRM
Mark Estle (CA Bar No. 135004)
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Phone (858) 720-0890
Fax (858) 720-0092

Attorney for Movant
LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK
AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE I
2005-2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 11-42330-RLE |
| | CHAPTER 13 |
| KENNETH LAROI DILLARD AND | |
| ELLEN LIM DILLARD | ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION |

Movant LITTON LOAN SERVICING LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2005-2's MOTION TO APPROVE LOAN MODIFICATION was filed on August 19, 2011. Since no opposition has been filed, the Court makes the following order:

IT IS ORDERED, ADJUDGED, AND DECREED that Movant's Motion to Approve Loan Modification is granted; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Debtors and Movant are hereby approved to enter into a loan modification.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the court doesn't opine as to the specific terms of the loan modification.

* * END OF ORDER * *

## COURT SERVICE LIST

| | |
|---|---|
| Kenneth Laroi Dillard<br>P.O. Box 21151<br>El Sobrante, CA 94820<br><br>Ellen Lim Dillard<br>P.O. Box 21151<br>El Sobrante, CA 94820 | Debtors |
| Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480<br>Oakland, CA 94612-3610 | Attorney for Debtors |
| Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 | Trustee |
| OFFICE OF THE U.S. TRUSTEE/OAK<br>OFFICE OF THE U.S. TRUSTEE<br>1301 CLAY ST. #690N<br>OAKLAND, CA 94612 | US Trustee |
| MARK D. ESTLE, ESQ.<br>THE ESTLE LAW FIRM<br>12520 HIGH BLUFF DRIVE, SUITE 265<br>SAN DIEGO, CA 92130 | Attorney for Movant |