B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re  Kenneth Laroi Dillard and Ellen Lim Dillard ,  Case No.  11-42330

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2005-2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach FL 33416-4605

Court Claim # (if known):  4-1
Amount of Claim:  $100,744.27
Date Claim Filed:  04/29/2011

Phone:  1-855-689-7367
Last Four Digits of Acct #:  6721

Phone:  (800) 247-9727
Last Four Digits of Acct. #:  9965

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100, West Palm Beach, FL 33409

Phone:  1-855-689-7367
Last Four Digits of Acct #:  6721

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian H. Tran                    Date: 04/01/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 11-42330    Doc# 58    Filed: 04/01/15    Entered: 04/01/15 08:29:59    Page 1 of 1